UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH B. BURTON,

    Plaintiff,

Case No. 11-cv-14768

HONORABLE STEPHEN J. MURPHY, III

v.

J. PARKS, et al.,

    Defendants.

                                                   /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 46 ), **AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (docket no 17)

     This matter is before the Court upon the motion for summary judgment (ECF No. 17) filed by Defendants Joel Parks, Tiffany Cannefax, Amy Bidlack, Jeanna Bitler, Karen Peters, and Dr. Jeffrey Stieve, and upon the magistrate judge's report and recommendation (ECF No. 46), which recommends granting the motion. Plaintiff Kenneth Burton filed a motion for extension of time to object to the report and recommendation on June 20, 2012. Mot. to Extend Time to Object, ECF No. 49.  The Court granted his motion and ordered him to file any objections to the report and recommendation by Friday, July 27, 2012.  Order Granting Mot. Extend Time, ECF No. 51. This deadline has long since passed and  Plaintiff has failed to file any objections.

     Because neither party has filed objections, de novo review of the magistrate judge's findings is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to").

Having reviewed the file and the report and recommendation, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the findings and conclusions contained in the report, and will grant Defendants' motion for summary judgment.

**WHEREFORE** it is hereby **ORDERED** that the report and recommendation filed May 29, 2012, (docket no 46) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment (docket no. 17) filed by Defendants Parks, Cannefax, Bidlack, Bitler, Peters, and Stieve is **GRANTED**.

**SO ORDERED**.

> s/Stephen J. Murphy, III
> STEPHEN J. MURPHY, III
> United States District Judge

Dated: August 24, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2012, by electronic and/or ordinary mail.

> Carol Cohron
> Case Manager